UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CAROLE CREIGHTON       .           *        CIVIL ACTION NO.  02-CV-86

VERSUS                              *        MDL NO. 02-20137

AMERICAN HOME PRODUCTS             *        HONORABLE HARVEY BARTLE, III
CORPORATION, ET AL.
* * * * * * * * * * * * * * * * * * * * * * * *

## <u>MOTION TO SUBSTITUTE COUNSEL</u>

NOWNOW INOW INTONOW INTO NOW INTO COURT,NOW INTO COURT, NOW INTO COURT, th

CorporationCorporation Corporation (hereinaCorporation (hereinafter sometimes referred to as   SmithKline  ), Co

SmithKlineSmithKline desires to substitute Charles M. Steen with the law firm of Steen, McShane Smith

WilWilliamson,Williamson, L.L.C., in place of Stephanie G. McShane, as counsel of record for SmithKWi

Beecham Corporation.

WHEREFORE,WHEREFORE, SmithKline BWHEREFORE, SmithKline BeechaWHEREFORE, Smith

anan Order substituting Charles M. Steenan Order substituting Charles M. Steen with the law firm of Steen, McSha

in place of Stephanie G. McShane as counsel of record for SmithKline Beecham Corporation.

Respectfully submitted,

STEEN, McSHANE & WILLIAMSON, L.L.C.


/s/ Marie Rudd Posey_____
CHARLES M. STEEN, T.A. (#12420)
MARIE RUDD POSEY (#22534)
1250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-1250
Telephone: (504) 599-8440

COUNSEL FOR SMITHKLINE
BEECHAM CORPORATION

## <u>CERTIFICATE OF SERVICE</u>

II do hereby certify that I have on this 25th day of day of July, 2002, served a day of July, 2002, served a co

pleading,pleading, by mailing the same by United States Mail, properly addpleading, by mailing the same by U

prepaid,prepaid, or by hand delivery on counsel forprepaid, or by hand delivery on counsel for all parties orprepa

/s/ Marie Rudd Posey_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE CREIGHTON       . | * | CIVIL ACTION NO.  02-CV-86 |
| VERSUS | * | MDL NO. 02-20137 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | * | HONORABLE HARVEY BARTLE, III |

* * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

CONSIDERING THE FOREGOING Motion to Substitute Counsel;

ITIT IS HEREBY ORDERED that Charles M. Steen withIT IS HEREBY ORDERED that Charles M. Ste

Williamson,Williamson, L.L.C., be, and is hereby, enrolled as counsel of record for SmithKline Beecham

Corporation,Corporation, anCorporation, and SCorporation, and Stephanie G. McShane is deleted as counsel of

Corporation,

Philadelphia, Pennsylvania this of _____, 2002.


_____
J U D G E